UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61383-Civ-DIMITROULEAS/ROSENBAUM

ADRIANO DA SILVA QUEIROZ, and MALTON BARBOSA CRUZ, Individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

COMCAST CORPORATION, a foreign corporation,

    Defendant.

**CLASS ACTION**

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective March 31, 2009, attorney Edward Tuddenham's address and telephone number will change. The new address and telephone number is:

> Edward Tuddenham
> 228 W. 137th St.
> New York, New York 10030
> Tel:  212-281-6660
> Fax: 512-532-7730
> e-mail: etudden@io.com

Respectfully submitted,

Dated:  March 27, 2009

s/ Edward Tuddenham
Bradley W. Butcher
Attorney E-mail address: etudden@io.com
228 W. 137th St.
New York, New York 10030
Telephone: (212) 281-6660
Facsimile: (512) 532-7730
Counsel for Plaintiffs

1

Dated: March 27, 2009                     s/ Bradley W. Butcher
                                          Bradley W. Butcher
                                          Florida Bar Number: 0020045
                                          Attorney E-mail address: bwbutcher@yahoo.com
                                          BRADLEY W. BUTCHER, P.L.
                                          20301 Grande Oak Shoppes Blvd., Ste. 118-79
                                          Estero, Florida 33928
                                          Telephone: (888) 430-8666
                                          Facsimile: (888) 430-8666
                                          Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61383-Civ-DIMITROULEAS/ROSENBAUM

| | |
|---|---|
| **ADRIANO DA SILVA QUEIROZ**, and **MALTON BARBOSA CRUZ,** Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**COMCAST CORPORATION**, a foreign corporation,<br><br>Defendant. | **CLASS ACTION** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/ Bradley W. Butcher
                                                     Bradley W. Butcher (Florida Bar Number: 0020045)
                                                     Attorney E-mail address: bwbutcher@yahoo.com
                                                     BRADLEY W. BUTCHER, P.L.
                                                     20301 Grande Oak Shoppes Blvd., Ste. 118-79
                                                     Estero, Florida 33928
                                                     Telephone: (888) 430-8666
                                                     Facsimile: (888) 430-8666
                                                     Attorneys for Plaintiffs

## **SERVICE LIST**

*ADRIANO QUEIROZ v. COMCAST CORPORATION*
Case No. 08-61383-Civ-DIMITROULEAS/ROSENBAUM
United States District Court, Southern District of Florida

Anne Marie Estevez, Esq.
aestevez@morganlewis.com
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Ctr.
200 S. Biscayne Boulevard
Miami, FL 33131-2339
Telephone: (305) 415-3330
Facsimile: (305) 415-3001
Attorneys for Defendant Comcast Corporation
Via ECF System

Michael J. Ossip, Esq.
mossip@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5761
Facsimile: (215) 963-5001
Attorneys for Defendant Comcast Corporation
Via Regular U.S. Mail