UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61383-Civ-DIMITROULEAS/SNOW

**ADRIANO DA SILVA QUEIROZ**, and **MALTON BARBOSA CRUZ,** Individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

**COMCAST CORPORATION**, a foreign corporation, and **COMCAST CABLE COMMUNICATIONS MANAGEMENT, L.L.C.**,

      Defendants.

**CLASS ACTION**

### JOINT RESPONSE TO ORDER TO SHOW CAUSE

The Plaintiffs, **ADRIANO DA SILVA QUEIROZ** and **MALTON BARBOSA CRUZ** and the Defendants, **COMCAST CORPORATION** and **COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**, by and through their undersigned counsel, jointly respond to the Order to Show Cause entered by the Court on August 3, 2009 [DE 55].

Specifically, the parties filed a Joint Stipulation for Dismissal Without Prejudice [DE 52] on July 31, 2009 (the "Voluntary Dismissal"). The Voluntary Dismissal was not the result of a settlement between the parties and no settlement agreement was prepared. The parties agreed to a Voluntary Dismissal because the two named Plaintiffs currently reside in Brazil; speak only Portuguese; and discovery undertaken by the parties to date has failed to elicit basic facts necessary to proceed with meaningful discovery or

1

otherwise move the case forward. Under the current circumstances, the parties do not believe that the case can be developed sufficiently to allow for a determination on its merits and the matter should be voluntarily dismissed without prejudice.

    **WHEREFORE**, for all reasons, The Plaintiffs, **ADRIANO DA SILVA QUEIROZ** and **MALTON BARBOSA CRUZ** and the Defendants, **COMCAST CORPORATION** and **COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**, by and through their undersigned counsel, jointly request that this Court dismiss the above-captioned matter without prejudice in accordance with their Joint Stipulation for Dismissal Without Prejudice [DE 52].

    Respectfully submitted,

Dated:  August 6, 2009

s/ Bradley W. Butcher
Bradley W. Butcher
Florida Bar Number: 0020045
Attorney E-mail address: bwbutcher@yahoo.com
BRADLEY W. BUTCHER, P.L.
20301 Grande Oak Shoppes Blvd., Ste. 118-79
Estero, Florida 33928
Telephone: (888) 430-8666
Facsimile: (888) 430-8666
Counsel for Plaintiff Adriano Queiroz and
Malton Barbosa Cruz

Dated:  August 6, 2009

s/ Anne Marie Estevez
Anne Marie Estevez, Esq.
Florida Bar No. 991694
Attorney E-Mail: aestevez@morganlewis.com
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652
Attorneys for Defendants Comcast Corporation and
Comcast Cable Communications Management,
LLC

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61383-Civ-DIMITROULEAS/SNOW

| | |
|---|---|
| **ADRIANO DA SILVA QUEIROZ**, and **MALTON BARBOSA CRUZ,** Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**COMCAST CORPORATION**, a foreign corporation, and **COMCAST CABLE COMMUNICATIONS MANAGEMENT, L.L.C.**,<br><br>Defendants. | **CLASS ACTION** |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/ Bradley W. Butcher
          Bradley W. Butcher (Florida Bar Number: 0020045)
          Attorney E-mail address: bwbutcher@yahoo.com
          BRADLEY W. BUTCHER, P.L.
          20301 Grande Oak Shoppes Blvd., Ste. 118-79
          Estero, Florida 33928
          Telephone: (888) 430-8666
          Facsimile: (888) 430-8666
          Attorneys for Plaintiffs Adriano Queiroz and Malton Cruz

## SERVICE LIST

*ADRIANO QUEIROZ, et al. v. COMCAST CORPORATION, et al.*
Case No. 08-61383-Civ-DIMITROULEAS/SNOW
United States District Court, Southern District of Florida

Anne Marie Estevez, Esq.
aestevez@morganlewis.com
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Ctr.
200 S. Biscayne Boulevard
Miami, FL 33131-2339
Telephone: (305) 415-3330
Facsimile: (305) 415-3001
Attorneys for Defendants Comcast Corporation and
Comcast Cable Communications Management, LLC
Via ECF System

Michael J. Ossip, Esq.
mossip@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5761
Facsimile: (215) 963-5001
Attorneys for Defendants Comcast Corporation and
Comcast Cable Communications Management, LLC
Via Regular U.S. Mail

4